NOVEMBER 29, 1977

No. 77–623. REGENTS OF THE UNIVERSITY OF MINNESOTA ET AL. *v.* NATIONAL COLLEGIATE ATHLETIC ASSN. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 60.

DECEMBER 5, 1977*

No. 77–5321. GRIMES *v.* MILLER ET AL. Affirmed on appeal from D. C. M. D. N. C.

No. 76–1847. SHELBY COUNTY, TENNESSEE, ET AL. *v.* PEEL. Appeal from Ct. App. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1243. UNITED STATES *v.* SMITH ET UX. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Commissioner of Internal Revenue* v. *Kowalski, ante,* p. 77.

---

*MR. JUSTICE BLACKMUN took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of No. 76–1200, *Crist, Warden, et al.* v. *Cline et al., infra,* p. 980.